```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------X  ELECTRONICALLY FILED
                                             :  DOC #:_____
LAUFER GROUP INTERNATIONAL, LTD.,            :  DATE FILED: 01/06/2020
                              Plaintiff,     :
                                             :      19 Civ. 6714 (LGS)
            -against-                        :
                                             :           ORDER
TIMBER LIFE LLLP, et al.,                    :
                              Defendants.    :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 19, 2019, Plaintiff filed an affidavit of service (Dkt. No. 45) stating that Defendant Timber Life LLLP was served on November 15, 2019;

WHEREAS, Defendant was required to respond to the Amended Complaint by December 6, 2019;

WHEREAS, Defendant has not appeared in this case and has not timely responded to the Amended Complaint. It is hereby

**ORDERED** that, if Defendant continues to fail to appear, Plaintiff shall move for default judgment pursuant to Attachment A of the Court's Individual Rules by January 13, 2020. It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendant Timber Life LLLP, and shall file an affidavit of service no later than January 13, 2020.

Dated: January 6, 2020
       New York, New York

                                    _____
                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE